IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Stephen Mark Feldman - #065773<br>_____ / | No. C 14-80073 WHA<br><br>**ORDER OF SUSPENSION** |

     Because Stephen Mark Feldman has failed to respond to the order to show cause, Mr. Feldman's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated: May 5, 2014.

                                                    WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE